JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMPG, Inc., | Case No. 2:24-cv-00748-AB-PD |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| KORRUS, Inc. d/b/a Ecosense Lighting, Inc.; and DOES 1-10 inclusive, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 20, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.